IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TONY LEE SMOAKS,

    Petitioner,

v.                                            CASE NO. 1:10-cv-00133-MP-AK

WALTER A MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Motion for Extension of Time to File Memorandum of Law in Support of Motion under 28 U.S.C. § 2254 by Tony Lee Smoaks, Doc. 2. Mr. Truncale, attorney for Mr. Smoaks, asks for a 45 day extension of time to file a memorandum of law in support of Mr. Smoaks' 28 U.S.C. § 2254 petition. Counsel presents his rather full schedule, and recites that he could not effectively review and prepare a worthy memorandum of law without the extension. The Court finds that the motion is made in good faith and not for the purpose of delay, and that granting the extension will not prejudice the Defendant. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    The Motion for Extension of Time, Doc. 2, is GRANTED.

2.    Plaintiff is given until August 20, 2010, to file a memorandum of law in support of the instant *habeas corpus* petition.

**DONE AND ORDERED** this   *13th* day of July, 2010



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge